IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| C.H., | : | |
| Plaintiff | : | Civil Action 2:13-cv-00108 |
| v. | : | Judge Sargus |
| Westerville City School District, | : | Magistrate Judge Abel |
| Defendant | : | |

## ORDER

Defendant's April 23, 2013 motion to conduct the preliminary pretrial conference scheduled for April 29, 2013 by telephone (doc. 9) is GRANTED. Counsel are DIRECTED to telephone my office (614.719.3370) at 10:00 a.m.

s/Mark R. Abel
United States Magistrate Judge